574–582 BEDFORD AVENUE CORPORATION, Respondent, v. LAND MARK CORPORATION, Appellant.

(Argued April 7, 1931; decided May 12, 1931.)

*Jay Leo Rothschild* for appellant.

*Herman S. Bachrach, Clarence G. Bachrach* and *Samuel S. Bisgyer* for respondent.

Judgment of the Appellate Division and that of the Special Term reversed and judgment ordered in favor of the defendant dismissing the complaint and for the relief demanded in its counterclaim, with costs in all courts, on the ground there is no evidence of mutual mistake (*Wilson* v. *Deen,* 74 N. Y. 531); no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CRANE, J.